JMF:FSS
File No.1996001500/A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 03-CR-00510-01 |
| HUMAIYA JAWED | : | |
| Defendant | : | |

PRAECIPE TO SATISFY JUDGMENT

TO THE CLERK
United States District Court
Eastern District of Pennsylvania

Please mark the above captioned judgment satisfied.

PATRICK L. MEEHAN
United States Attorney

JOSEPH F. MINNI
Assistant United States Attorney
PA ID No. 53241

Date: November 19, 2004